B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Fletcher E Christopher**　　　　　　　　　　　　　　　　　Case No.  14 B 18583

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐　IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑　IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__　Check one　☐ With the filing of the petition, or
　　　　　　　　　　　　☑ On or before __6-13-2014__
$ __76.50__ on or before __7-15-2014__
$ __76.50__ on or before __8-14-2014__
$ __76.50__ on or before __9-12-2014__

☑　IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __23 MAY 2014__

BY THE COURT

_____
United States Bankruptcy Judge